## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Patricia A. Darke, | Civil File No. 06-996 PJS/RLE |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF DONNA L. ROBACK** |
| Lurie Besikof Lapidus & Company, LLP, | |
| Defendant. | |

_____

**STATE OF MINNESOTA** )

**COUNTY OF HENNEPIN** )

Donna L. Roback, being first duly sworn on oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the state and federal courts of the State of Minnesota, and I represent Defendant Lurie Besikof Lapidus & Company, LLP ("LBLCO") in the above-captioned matter.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of relevant portions of the deposition of Patricia Darke.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of relevant portions of the deposition of Farley Kaufmann.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of relevant portions of the deposition of Greg Cornman.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Randy Vick's resume.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Patricia Darke's Application for Employment at LBLCO.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Patricia Darke's Offer of Employment letter.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Patricia Darke's compensation increases for years 2000-2002.

9. Attached hereto as <u>Exhibit 8</u> are true and correct copies of documents representing Patricia Darke's compensation package for fiscal year 2003-2004, and fiscal year 2004-2005.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of email messages between Greg Cornman and Patricia Darke dated April 28, 2005.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of notes Patricia Darke took on May 11, 2005 during her meeting with Farley Kaufmann.

12. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Patricia Darke's resignation letter dated May 16, 2005.

13. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a letter from Farley Kaufmann to Patricia Darke dated May 17, 2005.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a memorandum from Farley Kaufmann to Patricia Darke dated May 25, 2005.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of undated notes made by Farley Kaufmann with portions of unknown writing.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a summary of Patricia Darke's compensation for fiscal year 2003-2004.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of <u>Holland v. Sam's Club</u>, 2007 U.S. App. LEXIS 12207.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of <u>Ledbetter v. Goodyear Tire & Rubber Co.</u>, 2007 U.S. LEXIS 6295.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of <u>Alexander v. Progressive Cas. Ins. Co.</u> 2005 U.S. Dist. LEXIS 31710.

**FURTHER AFFIANT SAYETH NOT.**

                                                              s/Donna L. Roback
                                                              Donna L. Roback

Subscribed and sworn to before me
this 5th day of June, 2007.

s/Teresa A. Fane
       Notary Public